Peter Strojnik
7847 North Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

**FILED**
Apr 29 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ AKR   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik,<br><br>          Plaintiff,<br><br>vs.<br><br>Express, LLC<br><br>          Defendant. | Case No.: 3:22-cv-00452-TWR-AHG<br><br>**Notice of Appeal** |

Please take notice that Plaintiff appeals the decision of the district court.

DATED this 25th day of April, 2022

_____
Peter Strojnik

MAILED to the District Court on April 25, 2022.

**RECEIVED**
APR 29 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   DEPUTY

1

Peter Strojnik
7847 N Central Avenue
Phoenix, Arizona 85020



RECEIVED
APR 29 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PHOENIX AZ 852
25 APR 2022 PM 5 L



Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

92101-380520

