UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PETER STROJNIK, Sr.,

    Plaintiff - Appellant,

v.

EXPRESS, LLC,

    Defendant - Appellee.

No. 22-55443

D.C. No. 3:22-cv-00452-TWR-AHG
U.S. District Court for Southern California, San Diego

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Tue., June 28, 2022**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: John Brendan Sigel
    Deputy Clerk
    Ninth Circuit Rule 27-7