UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER STROJNIK, Sr., | No.    22-55443 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00452-TWR-AHG |
| v. | Southern District of California, San Diego |
| EXPRESS, LLC, | |
| Defendant-Appellee. | ORDER |

A review of the record reflects that this appeal may be frivolous.  This court may dismiss a case at any time, if the court determines the case is frivolous.  *See* 28 U.S.C. § 1915(e)(2).

<u>Within 35 days after the date of this order</u>, appellant must:

(1) file a motion to dismiss this appeal, *see* Fed. R. App. P. 42(b), OR

(2) file a statement explaining why the appeal is not frivolous and should go forward.

If appellant does not respond to this order, the Clerk will dismiss this appeal for failure to prosecute, without further notice.  *See* 9th Cir. R. 42-1.  If appellant files a motion to dismiss the appeal, the Clerk will dismiss this appeal, pursuant to Federal Rule of Appellate Procedure 42(b).  If appellant submits any response to this order other than a motion to dismiss the appeal, the court may dismiss this appeal as frivolous, without further notice.

AT/MOATT

The briefing schedule for this appeal remains stayed.  The pending motion to consolidate will be addressed, if necessary, after resolution of this order.

The Clerk shall serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward.  Appellant may use the enclosed forms for any motion to dismiss this appeal or statement that the appeal should go forward.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7