UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PETER STROJNIK, Sr.,

        Plaintiff - Appellant,

v.

EXPRESS, LLC,

        Defendant - Appellee.

No. 22-55443

D.C. No. 3:22-cv-00452-TWR-AHG
U.S. District Court for Southern California, San Diego

**MANDATE**

The judgment of this Court, entered August 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Quy Le
        Deputy Clerk
        Ninth Circuit Rule 27-7

|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 19 2022 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PETER STROJNIK, Sr.,

    Plaintiff-Appellant,

 v.

EXPRESS, LLC,

    Defendant-Appellee.

No. 22-55443

D.C. No. 3:22-cv-00452-TWR-AHG
Southern District of California,
San Diego

ORDER

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

Upon a review of the record and the response to the May 26, 2022 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 4), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED**.

MN/MOATT